Name & Address:
Specially Appearing Reuven L. Cohen (Bar No. 231915)
Cohen Williams LLP
724 S. Spring St, 9th Floor
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>PAUL RICHARD RANDALL<br><br>DEFENDANT. | CASE NUMBER<br><br>2:25-mj-3689<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☒ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☒ Magistrate Judge  Brianna Mircheff

on  Tuesday, July 8, 2025  at  1:00  ☐ a.m. ☒ p.m.

in courtroom  780, 7th Floor, Roybal Federal Bldg and Courthouse, 255 E. Temple Street, Los Angeles, CA.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☒ is not required.  Language _____
Defendant is  ☒ in custody  ☐ not in custody.

Clerk, U. S. District Court

| JULY 2, 2025 | C. HOWARD | christianna_howard@cacd.uscourts.gov |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☒ PSA.