Reuven L. Cohen (Bar No. 231915)
Email: rcohen@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Specially Appearing Attorney for Defendant
Paul Richard Randall

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-3689 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| PAUL RICHARD RANDALL, | |
| Defendant. | |

# PROOF OF SERVICE

### United States v. Paul Richard Randall
### 2:25-mj-3689

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 724 South Spring Street, 9th Floor, Los Angeles, CA 90014.

On July 7, 2025, I served true copies of the following document(s) described as **EXHIBITS 1 AND 2 TO THE DECLARATION OF REUVEN L. COHEN IN SUPPORT OF DEFENDANT PAUL RICHARD RANDALL'S APPLICATION FOR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE (UNDER SEAL)** on the interested parties in this action as follows:

Roger Hsieh
Assistant United States Attorney
Major Frauds Section
United States Attorney's Office
312 N. Spring Street, Suite 1100
Los Angeles, CA 90012
Email: roger.hsieh@usdoj.gov

*Attorney for Plaintiff United States of America*

Siobhan Namazi
United States Department of Justice
Criminal Division – Fraud Section
300 N. Los Angeles Street, Suite 2001
Los Angeles, CA 90012
Email: siobhan.namazi@usdoj.gov

*Attorney for Plaintiff United States of America*

**BY EMAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from email address wcarpenter@cohen-williams.com to the persons at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 7, 2025, at San Dimas, California.

_____
Wendy M. Carpenter