1  Reuven L. Cohen (Bar No. 231915)
   Email: rcohen@cohen-williams.com
2  COHEN WILLIAMS LLP
   724 South Spring Street, 9th Floor
3  Los Angeles, CA 90014
   Telephone: (213) 232-5160
4  Facsimile: (213) 232-5167

5  Specially Appearing Attorney for Defendant
   Paul Richard Randall

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL RICHARD RANDALL,<br><br>    Defendant. | Case No. 2:25-mj-3689<br><br>**ORDER SEALING DOCUMENTS**<br><br>*Filed concurrently with Ex Parte Application for Order Sealing Documents* |

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant Paul Richard Randall's *Ex Parte* Application for Order Sealing Documents in Support of Application for Reconsideration of Order Setting Conditions of Release or Detention is GRANTED.

IT IS SO ORDERED.

Dated: JULY 8, 2025

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge

Presented by:

*/s/ Reuven L. Cohen*
Reuven L. Cohen
COHEN WILLIAMS LLP
Specially Appearing Attorney for
Defendant Paul Richard Randall

2