# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25-mj-03689 |
| v. | |
| PAUL RICHARD RANDALL, | |
| DEFENDANT. | **ABSTRACT OF COURT PROCEEDING** |

**TO:    UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable _Brianna Fuller Mircheff_

☐ United States District Judge  ☒ United States Magistrate Judge, has this date ☒ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
　　☐ forthwith　　　　　　☐ as soon as possible　　　　☐ as requested, at suitable times

☐ Allowed social visits　　　☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment.  A report regarding this examination/treatment is to be submitted to the court on or before_____

☒ Other To facilitate preparation for trial, so far as is consistent with USM policy, Mr. Randall should be permitted to possess and access legal paperwork and to have reasonable opportunities to meet with and call his counsel. In addition, so far as is consistent with USM policy, Mr. Randall shall be permitted family visitation with his sons and grandchildren, have access to reading material, and shall be permitted access to religious services.

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

CLERK U.S. DISTRICT COURT

Dated:  JULY 9, 2025　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Christianna Howard
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

### RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles　　☐ Southern Division-Santa Ana　　☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____
_____
_____
_____

_____　　　_____　　　_____
Name (Print)　　　　　　　　　　Title　　　　　　　　　　Signature

*cc:* ☒ *MDC,* ☒ *Cell block*