# EXHIBIT A

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

*$R0015686567$*

NO FEE

2025000196360 11:57 am 07/14/25

489 Ex25A L08 6

0.00 0.00 0.00 0.00 15.00 0.00 0.00 0.00 0.00 0.00

**Recording Requested By: Simplifile**
**When Recorded Mail To:**
NAME: Cecilia Anderson, Paralegal (FSA)
MAILING ADDRESS:
U.S. Attorney's Office
Asset Forfeiture & Recovery Section
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# LIS PENDENS

Please Note: Exempt from the fee per GC 27383; executed or recorded by a government agency.

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset & Recovery Forfeiture Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2686
Facsimile: (213) 894-6269
E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL RICHARD RANDALL,<br><br>Defendant. | Case No. 2:25-cr-00576<br><br>**LIS PENDENS** |
| KENNETH W. JACOBSEN, TRUSTEE OF THE SOCAL FAMILY IRREVOCABLE TRUST DATED MAY 15, 2020,<br><br>Titleholder. | |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named. As part of that action, the United States may seek the forfeiture of real property (the "Subject Property") located at 25076 Acacia Lane

#83, in the City of Laguna Hills, County of Orange, State of California described as follows:

PARCEL 1:

UNIT 83, AS SHOWN AND DEFINED ON THAT CERTAIN CONDOMINIUM PLAN RECORDED JULY 22, 1974 IN BOOK 11201, PAGE 1580 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA

PARCEL 2;

AN UNDIVIDED 1/99TH INTEREST IN AND TO LOT 1 OF TRACT NO. 7864, AS SHOWN ON A MAP RECORDED IN BOOK 338, PAGES 13 TO 18 INCLUSIVE OF MAPS OF ORANGE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM UNIT 1 TO 99 INCLUSIVE, AS SHOWN AND DEFINED IN THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

ALSO EXCEPTING THEREFROM 50% OF ALL RIGHTS TO OIL, GAS AND OTHER HYDROCARBON AND MINERAL SUBSTANCES LYING UNDER OR THAT MAY BE PRODUCED FROM THE ABOVE DESCRIBED LAND, TOGETHER WITH 50% OF ALL RIGHTS TO THE PROCEEDS THEREFROM AND 50% OF ALL RENTS, BONUSES AND PROFITS ACCRUING THERETO; PROVIDED, HOWEVER, THAT GRANTOR WAIVES AND RELINQUISHES THE RIGHT TO USE OR OCCUPY OR TO ENTER UPON ANY PORTION OF THE SURFACE AND 500 FEET BELOW THE SURFACE, MEASURED VERTICALLY FROM THE SURFACE OF SAID LAND, FOR THE PURPOSE OF DRILLING FOR, CAPTURING, PRODUCING EXTRACTING, STORING, TREATING OR OTHERWISE HANDLING OR UTILIZING SUCH OIL, GAS OR OTHER HYDROCARBON OR MINERAL SUBSTANCES OR FOR THE PURPOSE OF EXERCISING GRANTOR'S RIGHTS THERETO, AS RESERVED IN DEEDS FROM FIRST WESTERN BANK AND TRUST COMPANY, A CORPORATION, RECORDED JULY 18, 1967 IN BOOK 8314, PAGES 98 AND 104 OF SAID OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

APN: 933-89-083

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.

Title to the Subject Property is recorded in the name of Kenneth W. Jacobsen, Trustee of the SOCAL Family Irrevocable Investment Trust, dated May 15,2020.

Dated: July 11, 2025

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

/s/ for

JAMES E. DOCHTERMAN
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY CERTIFIED MAIL**

I am over the age of 18 and I am not a party to the above-titled action. I am employed by Office of the United States Attorney for the Central District of California. My business address is 312 North Spring Street, 11th Floor, Los Angeles, California 90012.

On **July 11, 2025**, I served a copy of **LIS PENDENS**, on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing by certified mail, return receipt requested, on the date and at the place shown below following our ordinary office practices.

TO: **SEE SERVICE LIST**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 11, 2025**, at Los Angeles, California.

Cecilia Anderson, Paralegal

**SERVICE LIST**

Kenneth W. Jacobsen,
Trustee of the SOCAL Family
Irrevocable Investment Trust,
dated May 15,2020
25076 Acacia Lane
Laguna Hills, CA 92653

Kenneth W. Jacobsen,
Trustee of the SOCAL Family
Irrevocable Investment Trust,
dated May 15,2020
P.O. BOX 1222
Costa Mesa, CA 92628